AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| LE THI JACKSON, d.b.a. THE NEW MARKET | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SEE ATTACHED | ) | C08-02770 |
| Defendant | ) | |



**Summons in a Civil Action**

To:  Courtney L. Wilkerson, in her Official Capacity
             *(Defendant's name)*

A lawsuit has been filed against you.

    Within _60_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                              Richard W. Wieking
                                                                              Name of clerk of court

Date:  JUN - 4 2008                              **CYNTHIA LENAHAN**
                                                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

1  PAUL L. ALAGA, CSBN, 221165
   IAN KELLEY, CSBN 215393
2  885 Bryant Street, 2nd Floor
3  San Francisco, California 94103
   415-581-0885 Tel.
4  415-581-0887 Fax.
   Attorneys for Le Thi Jackson dba The New Market
5

6                    UNITED STATES DISTRICT COURT
7               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  LE THI JACKSON d.b.a. THE NEW MARKET,    Case No.
10
                          Plaintiff,
11                                           **ATTACHMENT TO SUMMONS**
        vs.
12
   THE UNITED STATES OF AMERICA,
13 COURTNEY L. WILKERSON, in her capacity
   as Chief of the Administrative Review Branch
14 for the Department of Agriculture, AND ED
15 SCHAFER, in his capacity as the Secretary of
   Agriculture,
16
                          Defendants.
17                                          /
18
19
20
21
22
23
24
25
26
27
28

Attachment to Summons to Complaint For Judicial Review of Administrative Decision