```
PAUL L. ALAGA, CSBN, 221165
IAN KELLEY, CSBN 215393
885 Bryant Street, 2nd Floor
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Le Thi Jackson d.b.a. The New Market
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THI JACKSON d.b.a. THE NEW MARKET,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture,<br><br>Defendants. | Case No. C08-02270<br><br>**PROOF OF SERVICE** |

I declare under penalty of perjury that I served:

The Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order; ECF Registration Information Handout; Notice of Assignment to Magistrate Judge; Welcome to US District Court; and ADR Booklet;

on the UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture,

by delivering a copy of each to an agent authorized by appointment or by law to receive it whose

1 | name is Maris Buchholz at the FNS Western Regional Office 90 7th Street, San Francisco.

3 | My fees are $0.00 for travel and $0.00 for services, for a total of $0.00.

5 | Dated: June 6, 2008

Ian Kelley
885 Bryant Street, #202
San Francisco, CA 94103