```
1   PAUL L. ALAGA, CSBN, 221165
    IAN KELLEY, CSBN 215393
2   885 Bryant Street, 2nd Floor
    San Francisco, California 94103
3   415-581-0885 Tel.
4   415-581-0887 Fax.
    Attorneys for Le Thi Jackson d.b.a. The New Market
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  LE THI JACKSON d.b.a. THE NEW MARKET,     Case No.  C08-02270
12                  Plaintiff,
13                                            PROOF OF SERVICE
        vs.
14
    THE UNITED STATES OF AMERICA,
15  COURTNEY L. WILKERSON, in her capacity
    as Chief of the Administrative Review Branch
16  for the Department of Agriculture, AND ED
17  SCHAFER, in his capacity as the Secretary of
    Agriculture,
18
19                  Defendants.
                                          /
20
21  I declare under penalty of perjury that I served:
22  The Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines;
23  Standing Order; ECF Registration Information Handout; Notice of Assignment to Magistrate Judge;
24  Welcome to US District Court; and ADR Booklet;
25  on the UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief
26  of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his
27  capacity as the Secretary of Agriculture,
28  by delivering a copy of each to an agent authorized by appointment or by law to receive it whose
```

1  name is Maris Buchholz at the FNS Western Regional Office 90 7th Street, San Francisco.

3  My fees are $0.00 for travel and $0.00 for services, for a total of $0.00.

5  Dated: June 6, 2008

_____
Ian Kelley
885 Bryant Street, #202
San Francisco, CA 94103