PAUL L. ALAGA, CSBN, 221165
IAN KELLEY, CSBN 215393
885 Bryant Street, 2nd Floor
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Le Thi Jackson dba The New Market

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THI JACKSON d.b.a. THE NEW MARKET, | Case No. 08-02770 EDL |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture** |
| vs. | |
| THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture, | |
| Defendants. | Rule of Civ. Proc. 55 |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Plaintiff, Le Thi Jackson, d.b.a The New Market, hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants THE UNITED STATES OF AMERICA; COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, and ED SCHAFER, in his capacity as the Secretary of Agriculture, on the ground that said Defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint and defendants on June 6, 2008, evidenced by the proof of service of summons on file with this Court.

Request for Entry of Default
Case No. 08-02770 EDL

1 | The above stated facts are set forth in the accompanying declaration.

3 | Dated: August 8, 2008

_____
Paul L. Alaga
Attorney for Plaintiff