PAUL L. ALAGA, CSBN, 221165
IAN KELLEY, CSBN 215393
885 Bryant Street, 2nd Floor
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Le Thi Jackson dba The New Market

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THI JACKSON d.b.a. THE NEW MARKET, | Case No. 08-02770 EDL |
| Plaintiff, | |
| vs. | **DECLARATION OF ATTORNEY PAUL L. ALAGA IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture** |
| THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture, | |
| Defendants. | |

I declare as follows:

1)   I am an attorney duly licensed in the United States District Court for North District of California and in that capacity I represent the plaintiff, Le Ti Jackson d.b.a. The New Market.

2)   After reviewing a proof of service executed by Ian Kelley on June 6, 2008, I am informed and believe that on June 6, 2008, Ian Kelley, an attorney and co-counsel for plaintiff served upon The United States of America, Courtney L. Wilkerson, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, and Ed Schafer, in his capacity as the Secretary of Agriculture, a copy of the Summons, Complaint, Order Setting Initial Status Conference, Standing

Order, ECF registration Information Handout, Welcome to the US District Court; ADR Booklet, and a [Blank] Case Management Statement.

3)  Proof of said service has been filed with this court through the ECF system on June 6, 2008; Docket number 6, attached hereto as Exhibit A, Docket number 7 attached hereto as exhibit B, and Docket 8, attached hereto as Exhibit C.

4)  It has been over sixty (60) days since the defendants have been served in this matter. Each of the defendants in this matter has failed to appear.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2008

_____
Paul L. Alaga,
Attorney for Plaintiff

**EXHIBIT A**

1  PAUL L. ALAGA, CSBN, 221165
   IAN KELLEY, CSBN 215393
2  885 Bryant Street, 2nd Floor
3  San Francisco, California 94103
   415-581-0885 Tel.
4  415-581-0887 Fax.
   Attorneys for Le Thi Jackson d.b.a. The New Market
5

6

7

8                UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 LE THI JACKSON d.b.a. THE NEW MARKET,    Case No. C08-02270
12
                   Plaintiff,               **PROOF OF SERVICE**
13
        vs.
14
   THE UNITED STATES OF AMERICA,
15 COURTNEY L. WILKERSON, in her capacity
   as Chief of the Administrative Review Branch
16 for the Department of Agriculture, AND ED
   SCHAFER, in his capacity as the Secretary of
17 Agriculture,
18
                   Defendants.
19 _____/
20

21 I declare under penalty of perjury that I served:

22 The Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines;

23 Standing Order; ECF Registration Information Handout; Notice of Assignment to Magistrate Judge;

24 Welcome to US District Court; and ADR Booklet;

25 on the UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief

26 of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his

27 capacity as the Secretary of Agriculture,

28 by delivering a copy of each to an agent authorized by appointment or by law to receive it whose

1  name is Maris Buchholz at the FNS Western Regional Office 90 7th Street, San Francisco.

2

3  My fees are $0.00 for travel and $0.00 for services, for a total of $0.00.

4

5  Dated: June 6, 2008

_____
Ian Kelley
885 Bryant Street, #202
San Francisco, CA 94103

# EXHIBIT B

1  PAUL L. ALAGA, CSBN, 221165
   IAN KELLEY, CSBN 215393
2  885 Bryant Street, 2nd Floor
3  San Francisco, California 94103
   415-581-0885 Tel.
4  415-581-0887 Fax.
5  Attorneys for Le Thi Jackson d.b.a. The New Market

6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 LE THI JACKSON d.b.a. THE NEW MARKET,        Case No. C08-02270
12
                   Plaintiff,                   **PROOF OF SERVICE**
13
       vs.
14
   THE UNITED STATES OF AMERICA,
15 COURTNEY L. WILKERSON, in her capacity
   as Chief of the Administrative Review Branch
16 for the Department of Agriculture, AND ED
17 SCHAFER, in his capacity as the Secretary of
   Agriculture,
18
19                 Defendants.
                                            /
20

21 I declare under penalty of perjury that I served:
22 The Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines;
23 Standing Order; ECF Registration Information Handout; Notice of Assignment to Magistrate Judge;
24 Welcome to US District Court; and ADR Booklet;
25 on the UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief
26 of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his
27 capacity as the Secretary of Agriculture,
28 by delivering a copy of each to an agent authorized by appointment or by law to receive it whose

1 | name is Maris Buchholz at the FNS Western Regional Office 90 7th Street, San Francisco.

3 | My fees are $0.00 for travel and $0.00 for services, for a total of $0.00.

5 | Dated: June 6, 2008

_____
Ian Kelley
885 Bryant Street, #202
San Francisco, CA 94103

**EXHIBIT C**

1  PAUL L. ALAGA, CSBN, 221165
   IAN KELLEY, CSBN 215393
2  885 Bryant Street, 2nd Floor
3  San Francisco, California 94103
   415-581-0885 Tel.
4  415-581-0887 Fax.
5  Attorneys for Le Thi Jackson d.b.a. The New Market

6

7

8              UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 LE THI JACKSON d.b.a. THE NEW MARKET,    Case No. C08-02270
12
                Plaintiff,                  **PROOF OF SERVICE**
13
        vs.
14
   THE UNITED STATES OF AMERICA,
15 COURTNEY L. WILKERSON, in her capacity
   as Chief of the Administrative Review Branch
16 for the Department of Agriculture, AND ED
17 SCHAFER, in his capacity as the Secretary of
   Agriculture,
18
                Defendants.
19 _____/
20

21 I declare under penalty of perjury that I served:

22 The Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines;

23 Standing Order; ECF Registration Information Handout; Notice of Assignment to Magistrate Judge;

24 Welcome to US District Court; and ADR Booklet;

25 on the UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief

26 of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his

27 capacity as the Secretary of Agriculture,

28 by delivering a copy of each to an agent authorized by appointment or by law to receive it whose

1  name is Maris Buchholz at the FNS Western Regional Office 90 7th Street, San Francisco.

3  My fees are $0.00 for travel and $0.00 for services, for a total of $0.00.

5  Dated: June 6, 2008

Ian Kelley
885 Bryant Street, #202
San Francisco, CA 94103