**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 12, 2008

**RE: <u>LE THI JACKSON -v- THE UNITED STATES OF AMERICA, et al.,</u>**
     <u>Case No. C-08-2770-EDL</u>

**Default** is *declined* as to Defendants The United States of America, Courtney L. Wilkerson & Ed Schafer on August 12, 2008.

RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
    Deputy Clerk