PAUL L. ALAGA, CSBN, 221165
IAN KELLEY, CSBN
885 Bryant Street, 2nd Floor
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Le Thi Jackson d.b.a. The New Market

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THI JACKSON d.b.a. THE NEW MARKET, | Case No. C08-02770 |
| Plaintiff, | **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| THE UNITED STATES OF AMERICA, COURTNEY L. WILKERSON, in her capacity as Chief of the Administrative Review Branch for the Department of Agriculture, AND ED SCHAFER, in his capacity as the Secretary of Agriculture, | **LOCAL RULE 3-16** |
| Defendants. / | |

   Plaintiff certifies that no such Non-Party Entities, or Persons, including any persons, associations or persons, firms, partnerships, corporations, (including parent corporations), or other entities is known to Plaintiff other than that of the names parties to the action have either: (i) a financial interest (of any kind) in the subjects matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceedings.

Dated:

_____
Paul L. Alaga,
Attorney for Plaintiffs