IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE THI JACKSON, | No. C-08-02770 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

In light of the fact that Defendants have not yet filed an answer to the complaint, which is due on October 14, 2008, it is hereby ordered that the case management conference scheduled for September 9, 2008 is continued to Friday, October 31, 2008 at 11:00 a.m. The parties' joint case management statement shall be filed no later than October 24, 2008.

**IT IS SO ORDERED.**

Dated: September 5, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge