1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LE THI JACKSON, ) | Case No. C 08-2770 EDL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| vs. ) | [~~PROPOSED~~] ORDER |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| COURTNEY WILKERSON ) | |
| in her capacity as Chief of the ) | |
| Administrative Review Branch ) | |
| For the Department of Agriculture; ED ) | |
| SCHAFER in his capacity as the Secretary of ) | |
| Agriculture, ) | |
| ) | |
| Defendants. ) | |

The defendant filed a redacted administrative record and agreed that the redacted portions of the record would be disclosed upon and subject to the execution of a protective order. The plaintiff has not yet received the previously redacted portions of the administrative record. Therefore the parties have agreed to mutually request the vacated its briefing schedule and set a new briefing schedule set forth below.

STIPULATION AND ORDER (C 08-2770 EDL)        1

With the agreement of the parties, the Court enters this order vacating the briefing schedule for the filing of the Motion for Summary Judgment previously entered, and sets a new briefing schedule as follows:

Motion for Summary Judgment to be filed on or before January 27, 2009. Opposition to be filed on or before March 3, 2009. Hearing on the Motion reset to March 31, 2009.

The parties agree, and the court finds and holds, that the filing of a Protective Order surrounding the administrative record in this matter compels an extension of the briefing schedule.

STIPULATED:

DATED: 12/12/2008        _____/s/_____
                         PAUL ALAGA
                         Attorney for LE THI JACKSON


DATED: 12/15/2008        _____/s/_____
                         ABRAHAM SIMMONS
                         Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: 12/15/08

United States

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER (C 08-2770 EDL)        2